BEATRICE CUARTAS ET AL. *v.*
TOWN OF GREENWICH ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 14 Conn. App. 370, is denied.

*Kenneth A. Votre,* in support of the petition.

*Eugene F. McLaughlin, Jr.,* in opposition.

Decided September 20, 1988

BOARD OF PARDONS *v.* FREEDOM OF
INFORMATION COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 380, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that the Board of Pardons had no 'standing' to bring the appeal from the order of the Freedom of Information Commission?"

*Carl J. Schuman,* assistant attorney general, in support of the petition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* BRIAN HUDSON

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 463, is denied.

*Monte P. Radler,* assistant public defender, in support of the petition.

*James A. Killen,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988